FILED
CLERK, U.S. DISTRICT COURT

JAN -9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN WALKER, ) | NO. CV 08-7453-GHK(E) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| BEN CURRY, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  12/22/08  .

/s/ George H. King
GEORGE H. KING
UNITED STATES DISTRICT JUDGE